United States District Court
Southern District of Texas

**ENTERED**
October 06, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIC NORDHEIM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-2301 |
| | § | |
| NAVIKA CAPITAL GROUP, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER APPROVING SETTLEMENT
## AGREEMENT AND RELEASE

The parties filed a Joint Motion to Approve Settlement Agreement and Release, (Docket Entry No. 60). Based on the motion; the applicable law; the terms of the executed settlement agreement and release; the record in this action and the related action, *Pereya v. Navika Capital Group, LLC*, No. 4:15-cv-615-O (N.D. Tex. 2016); and the arguments of counsel presented at the October 6, 2016 hearing, the court grants the motion. The court finds the settlement terms fair, reasonable, and adequate and approves the settlement agreement and release. Attorney's fees are addressed in a separate order, and final judgment is separately entered.

SIGNED on October 6, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge